IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Julius L. Powell, #322080, | ) | C.A. No. 3:07-1830-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Major James Harris, Director;, et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon the magistrate judge's recommendation that defendants'

motion for summary judgment be granted.  The record includes the report and recommendation of

the United States Magistrate Judge made in accordance with this Court's Order of Reference and

28 U.S.C. § 636(b)(1)(B).  Because plaintiff is pro se, this matter was referred to the magistrate

judge.[1]

This Court is charged with conducting a de novo review of any portion of the magistrate

judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole

or in part, the recommendations contained in that report.  28 U.S.C. § 636(b)(1).  No objections have

been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this

case and the applicable law.  For the reasons articulated by the magistrate judge, it is herewith

**ORDERED** that the defendants' motion for summary judgment is **GRANTED,** and  this

case is **DISMISSED** with prejudice.

---

[1]Pursuant to the provisions of Title 28 United States Code, § 636(b)(1)(B), and Local
Rule 73.02(B)(2)(d), D.S.C., the magistrate judge is authorized to review all pretrial matters and
submit findings and recommendations to this Court.

**IT IS FURTHER ORDERED**, that the magistrate judge's report and recommendation is

adopted as the order of this Court.

**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

July 8, 2008
Charleston, South Carolina

NOTICE OF APPEAL

Plaintiff is hereby notified that he has the right to appeal this Order within thirty (30) days from the date hereof pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.